THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Fred Freeman, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 
 
 

Appeal From Richland County
 Marvin F. Kittrell, Administrative Law
Judge

Unpublished Opinion No. 2010-UP-090
 Submitted February 1, 2010  Filed
February 3, 2010    

AFFIRMED 

 
 
 
 Fred Freeman, pro se, for Appellant.
 Robert W. Jacobs, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Fred Freeman appeals the Administrative
 Law Court's (ALC) dismissal of his grievance concerning the deprivation of a
 hygiene kit and legal materials and its affirmance of the Department of
 Corrections' denial of his grievance concerning misappropriation of funds from
 his inmate trust account.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Slezak v. S.C. Dep't of Corrections, 361 S.C. 327, 331, 605 S.E.2d 506, 508 (2004)
 (holding while the ALC has jurisdiction over all properly filed inmate
 grievance appeals, the ALC is not required to hold a hearing in every matter); Id. ("Summary dismissal may be appropriate where the inmate's grievance does
 not implicate a state-created liberty or property interest."); S.C.
 Dep't of Corrections v. Mitchell, 377 S.C. 256, 260, 659 S.E.2d 233, 235
 (Ct. App. 2008) ("The burden is on [the] appellants to prove convincingly
 that the agency's decision is unsupported by the evidence.").    
AFFIRMED.
HUFF, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.